MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE B. MILES (CABN 242048)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: suzanne.miles@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> PHILLIP JOHNSON, ) <br> ) <br>    Defendant. ) <br> ) | No. 10-CR-00775-CW <br><br> **[PROPOSED] ORDER OF PRE-TRIAL DETENTION** |

    The parties appeared before United States Magistrate Judge Laurel Beeler on April 26, 2011, for a detention hearing pursuant to 18 U.S.C. § 3142(f). The defendant was present and represented by Assistant Federal Public Defender Joyce Leavitt. Based on the nature of the offense, and the bail study, this Court finds on the record by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the defendant's required appearance.  18 U.S.C. § 3142(e).

//

//

[PROPOSED] ORDER OF PRETRIAL DETENTION
10-CR-00775-CW

1     Accordingly, pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

2     (1) the defendant be committed to the custody of the Attorney General for confinement in
3  a corrections facility separate, to the extent practicable, from persons awaiting or serving
4  sentences or being held in custody pending appeal;

5     (2) the defendant be afforded reasonable opportunity for private consultation with
6  counsel; and

7     (3) on order of a court of the United States or on request of an attorney for the
8  government, the person in charge of the corrections facility in which the defendant is confined
9  shall deliver the defendant to an authorized Deputy United States Marshal for the purpose of any
10 appearance in connection with a court proceeding.

11    IT IS SO ORDERED.

13 DATED: April 27, 2011

LAUREL BEELER
United States Magistrate Judge

16 Presented by:

17   /s/
SUZANNE B. MILES
18 Assistant United States Attorney

[PROPOSED] ORDER OF PRETRIAL DETENTION
10-CR-00775-CW